

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401623 OCT 15 2015
$ 000.41⁶

PRESORTED
FIRST CLASS

RE: WR-83,926-01

PAUL NUGENT
FOREMAN, DEGEURIN & NUGENT
909 FANNIN, SUITE 590
HOUSTON, TX 77010

78711@2308

176 GVE-N3B 77010